2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 99-6829 ABC (SSx) |
| Plaintiff, | ORDER TO SHOW CAUSE RE CONTEMPT FOR FAILURE TO APPEAR AT JUDGMENT DEBTOR EXAMINATIONS |
| v. | |
| KENNETH SIMPSON, AKA KENNETH S. SIMPSON, | |
| Defendant. | |

Defendant and Judgment Debtor Kenneth Simpson was ordered to appear before Magistrate Judge Suzanne H. Segal for judgment debtor examinations on two different occasions, April 12, 2011 and June 21, 2011, but he did not appear at either time.  Plaintiff and Judgment Creditor Government requests an Order to Show Cause why he should not be held in contempt for failing to appear.  The Court accepts the facts certified by Magistrate Judge Segal pursuant to 28 U.S.C. § 636(e)(6) (Docket No. 22):

1.  On March 16, 2011, Judge Segal ordered Judgment Debtor Simpson to attend his examination before Judge Segal on April 12, 2011 at 10:00 a.m. (Docket No. 14).  The order included the following language in capital letters:

> NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR
> AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU
> MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR
> CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER
> REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S
> FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS
> PROCEEDING.  See CCP 708.110(e).

2.  The Order was personally served on Judgment Debtor Simpson on March 24, 2011 by registered process server.  (Docket No. 15).

3.  On April 12, 2011, the examination of Judgment Debtor Simpson came on regularly for hearing before Judge Suzanne H. Segal; however, Judgment Debtor Simpson did not appear.  (Docket No. 16).

4.  Judgment Debtor Simpson willfully failed to comply with the Court's Order of March 16, 2011 by failing to appear for his examination on April 12, 2011.

5.  On April 12, 2011, Judge Segal continued the Judgment Debtor Simpson's examination to June 21, 2011 at 10:00 a.m. (Docket No. 17). This Order also contained the warning in capital letters:

> NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR
> AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU
> MAY BE SUBJECT TO <u>ARREST</u> AND PUNISHMENT FOR
> CONTEMPT OF COURT, AND THE COURT MAY MAKE AN ORDER
> REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S

FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS

PROCEEDING.  See CCP 708.110(e).

6.  The Order of April 12, 2011, was personally served on Judgment Debtor Simpson on May 2, 2011 by registered process server. (Docket No. 19).

7.  On June 21, 2011, the examination of Judgment Debtor Simpson came on regularly for hearing before Judge Segal; however, Judgment Debtor Simpson did not appear.  (Docket No. 20.)

8.  Judgment Debtor Simpson willfully failed to comply with the Court's Order of April 13, 2011, resetting his judgment debtor examination on June 21, 2011, by failing to appear for his examination.

8.  As a result of these post-judgment proceedings, Judgment Creditor Government has incurred reasonable attorney's fees and costs in an amount to be determined.

Based on these facts, the Court **ORDERS JUDGMENT DEBTOR SIMPSON TO SHOW CAUSE** why he should not be found in civil contempt based upon his non-appearance at his debtor examinations as ordered April 12, 2011 and June 21, 2011. **A hearing on this Order to Show Cause shall take place before Chief Judge Audrey B. Collins on Wednesday, August 24, 2011 at 10:00 a.m. in Courtroom 680, Roybal Federal Building, 255 East Temple Street, Los Angeles, California 90012.**

If Judgment Debtor Simpson objects to being held in civil contempt, he shall file a legal memorandum of points and authorities containing his objections **no later than August 10, 2011.**  The government may file a response **no later than August 17, 2011.**

The government is ORDERED to **personally serve** this Order on Judgment Debtor Simpson and file proof of that service **no later than August 3, 2011.**

Judgment Debtor Simpson is **advised that, should he fail to appear before this Court on the date and time ordered, among the civil penalties to which he may be subject are fines and imprisonment and a bench warrant may be issued for his arrest.**

**Judgment Debtor Simpson is also urged to consider retaining counsel for the August 24, 2011 hearing.**

IT IS SO ORDERED.

DATED:     July 27, 2011

_____
**AUDREY B. COLLINS**
**CHIEF UNITED STATES DISTRICT JUDGE**